NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**GEORGE DUGGAN,**
*Petitioner,*

v.

**DEPARTMENT OF DEFENSE,**
*Respondent.*

---

2012-3025

---

Petition for review of the Merit Systems Protection Board in case no. SF1221100159-W-1.

---

## ON MOTION

---

## O R D E R

George Duggan moves for a 60-day extension of time, until March 9, 2012, to file his opening brief and to obtain counsel.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

FEB 0 7 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: George Duggan
Barbara Thomas, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 0 7 2012

JAN HORBALY
CLERK